DAVID R. WEINSTEIN (SBN 082881)
WEINSTEIN LAW FIRM
A Professional Corporation
16501 Ventura Boulevard Suite 400
Encino, CA 91436
Telephone: (747) 233-3653
Facsimile: (747) 233-3601
Email: dweinstein@weinsteinlawfirm.net

Attorneys for Weinstein, Weiss & Ordubegian LLP

**FILED & ENTERED**

**NOV 18 2014**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>LYDIA HARRIS,<br><br>Debtor. | Case No. 1:96-bk-15521-GM<br><br>Chapter 7<br><br>ORDER GRANTING COMPROMISE MOTION AND APPROVING COMPROMISE IN ADV. PRO. NO. 1:13-ap-01035-MT<br><br>DATE:    October 23, 2014<br>TIME:    9:30 a.m.<br>PLACE:   Courtroom 302<br>         21041 Burbank Boulevard<br>         Woodland Hills, CA 91367 |

On October 23, 2014, the Court considered the *Amended Motion for Order Authorizing Compromise of Controversy re Adv. Pro. 1:13-ap-01035-MT* ("Compromise Motion", Docket no. 200) filed by Helen Ryan Frazer, Chapter 7 Trustee ("Trustee Frazer"), the Honorable Maureen Tighe, United States Bankruptcy Judge presiding.

At the hearing, Trustee Frazer appeared through the Law Offices of Patrick K. McClellan, by Patrick K. McClellan; Weinstein, Weiss & Ordubegian LLP appeared through Weinstein Law Firm, a Professional Corporation, by David R. Weinstein; Objector Michael Harris appeared through the Law Offices of Michael Jay Berger, by Michael J. Berger. Other appearances are

reflected in the record.

The Court considered the Compromise Motion, papers filed in support of the motion, papers filed in opposition to the motion by Michael Harris, and all of its files in this Chapter 7 case and in adversary proceeding no. 1:13-ap-01035-MT (the "WWO Adversary"). Having heard argument of counsel, the Court is fully informed.

On November 4, 2014, the Court entered its *Findings of Facts and Conclusions of Law Granting the Trustee's Motion for Approval of Compromise* ("Findings & Conclusions", Docket no. 152 in the WWO Adversary).

For good cause appearing, it is

ORDERED:

1. The Compromise Motion is granted.

2. The *Settlement Agreement and General Release* dated September 4, 2014 and attached to the Compromise Motion as Exhibit "1" ("Settlement Agreement") is approved.

3. Trustee Frazer and the other parties to the Settlement Agreement are authorized to take all actions provided for in the Settlement Agreement or reasonably contemplated by it, to effectuate the Compromise Motion and the Settlement Agreement, both in the general case and the WWO Adversary.

###

Date: November 18, 2014

*[signature: Maureen A. Tighe]*
Maureen A. Tighe
United States Bankruptcy Judge

2. Order#99298#4e53bc23-e798-4bcf-a493-891fa9e8a4e3